

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00654-CV

**IN RE** Robert **SAMANIEGO**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed:  October 23, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On September 27, 2013, relator filed a pro se petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought.[2] Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 12-0784-CV, styled *In the Matter of the Marriage of Mary Samaniego and Robert Samaniego*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable W.C. Kirkendall presiding.

[2] Relator has been provided with complete copies of the clerk's and reporter's records filed in the related appeal, No. 04-13-00519-CV, styled *Samaniego v. Samaniego*, currently pending before this court.